UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ROMANO, an individual,<br><br>                            Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC, a Delaware limited liability company; and Does 1 through 25, inclusive,<br><br>                            Defendants. | Case No.: 20-CV-698 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 29) |

Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 29). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE**. The Clerk of Court shall close the file.

    **IT IS SO ORDERED.**

Dated: April 1, 2021

                                                 Hon. Janis L. Sammartino<br>                                                 United States District Judge